[No. 5360.]

## GREEN *v.* THE STATE.

SALARY OF CONTROLLER OF STATE.—The Legislature, if it devolves on the Controller of State duties not pertaining to his office as controller, may pay him a salary therefor in addition to his salary as controller.

APPEAL from the District Court, Sixth Judicial District, County of Sacramento.

Action to recover from the State the plaintiff's salary as a member of the Board of Examiners, accruing from the first day of July, 1874, to the first Monday in December, 1875. The facts of this case are the same as in *Melone* v. *The State, ante,* p. 549.

The court below rendered judgment for the plaintiff, and the Supreme Court affirmed the judgment on the authority of *Love* v. *Baehr,* 47 Cal. 364, and *Melone* v. *The State, ante,* p. 549.